**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-6976**

_____

CONNELL D. HAWKINS,

             Plaintiff - Appellant,

       v.

OFFICER    KINLAW;   OFFICER  STRICKLAND;   OFFICER   RUSSELL;
OFFICER BULLARD; OFFICER J. PRINCE,

             Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   James C. Fox, Senior
District Judge. (5:14-ct-03241-F)

_____

Submitted: October 20, 2015          Decided:  October 23, 2015

_____

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Connell D. Hawkins, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Connell D. Hawkins appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Hawkins' motion for appointment of counsel and affirm for the reasons stated by the district court. Hawkins v. Kinlaw, No. 5:14-ct-03241-F (E.D.N.C. June 12, 2015) We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED